People v Colon (2021 NY Slip Op 50370(U))

[*1]

People v Colon (Rafael)

2021 NY Slip Op 50370(U) [71 Misc 3d 134(A)]

Decided on April 27, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 27, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan J.P., Brigantti, Hagler, JJ.

571210/18

The People of the State of New York,
Respondent, 
against
Rafael Colon, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (George A. Grasso, J.), rendered October 29, 2018, convicting him, upon his plea of
guilty, of driving while intoxicated, and sentencing him, inter alia, to three years' probation.

Per Curiam.
Judgment of conviction (George A. Grasso, J.), rendered October 29, 2018, affirmed.
On this record, we are unpersuaded that the bargained-for sentence imposed was unduly
harsh or severe and find no extraordinary circumstances warranting a reduction of the sentence in
the interest of justice (see People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d
945 [2007]). Defendant was sentenced in accordance with his bargained-for plea and should not
now "be heard to complain that he received what he bargained for" (id. at 558,
quoting People v Chambers, 123 AD2d 270 [1986]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 27, 2021